Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Beverly Mae Heilicher,**

Defendant.

Docket No. 0:01CR00373-001(MJD)

On January 24, 2003, the above defendant was placed on supervision for a period of 3 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of Sept, 2005.

Honorable Michael J. Davis
U.S. District Judge

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS